KEVIN V. RYAN (CASBN 118321)
United States Attorney

FILED

SEP - 1 2006

E-FILING

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 00597 |
| Plaintiff, | VIOLATION: 50 U.S.C. § 1705(b) -- Unlawful Export of Items to the Islamic Republic of Iran |
| v. | |
| SUPER MICRO COMPUTER, INCORPORATED | SAN JOSE VENUE |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

1. On or about and between December 28, 2001, and continuing until at least January 29, 2002, both dates being approximate and inclusive, in the Northern District of California, and elsewhere, the defendant

SUPER MICRO COMPUTER, INCORPORATED

did willfully violate regulations issued under Chapter 35 of Title 50 of the United States Code, *to wit*: Title 15 of the Code of Federal Regulations, sections 764.2(a) and 736.2(b)(1), by unlawfully exporting an item subject to said regulations to another country.

INDICTMENT

2. Specifically, the defendant exported P4SBA+ Motherboards, items subject to the Export Administration Regulations, to the Islamic Republic of Iran without a license or a license exception, when, at the time of the export, the defendant knew that: (1) those items were controlled for a reason indicated in an applicable Export Control Classification number; and (2) when export of these items to the Islamic Republic of Iran required a license for a control reason listed in the Country Chart in Part 738 of the Export Administration Regulations.

All in violation of Title 50, United States Codes, section 1705(b).

DATED: 9/1/06

KEVIN V. RYAN
United States Attorney

JOHN GLANG
Acting Chief, San Jose Branch

(Approved as to form: _____)
AUSA Gary G. Fry

INDICTMENT 2

# AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

### OFFENSE CHARGED

Count One: 50 U.S.C. § 1705(b) - Unlawful Export of Items to the Islamic Republic of Iran

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
0 years imprisonment
$500,000 fine
3 years supervised release
$400 special assessment fee

**DEFENDANT - U.S.**
▶ Super Micro Computer, Incorporated

**DISTRICT COURT NUMBER**
CR 06 00597 RMW RS

**FILED SEP 2006**
RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Erin Kelly-U.S. Commerce Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **KEVIN V. RYAN**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **GARY G. FRY**

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: