1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  GARY G. FRY(CASBN 85582)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061

7
   Attorneys for Plaintiff

8

9

10                      UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,          )    No. 06-00597 RMW
                                      )
14       Plaintiff                    )    **NOTICE OF RELATED CASE IN A**
                                      )    **CRIMINAL ACTION**
15            v.                      )
                                      )    Court: Hon. Ronald M. Whyte
16 SUPER MICRO COMPUTER               )    Date:  N/A
   INCORPORATED                       )    Time:  N/A
17                                    )
         Defendant                    )
18 _____ )

19
   UNITED STATES OF AMERICA,          )    No. 07-00760 JW
20                                    )
         Plaintiff                    )    **NOTICE OF RELATED CASE IN A**
21                                    )    **CRIMINAL ACTION**
              v.                      )
22                                    )    Court: Hon. James Ware
   MOHAMMED MAYSSAMI,                 )    Date:  N/A
23                                    )    Time:  N/A
         Defendant                    )
24 _____ )

25

26       COMES NOW THE UNITED STATES OF AMERICA, plaintiff herein, and, pursuant to

27 Crim. L. R. 8-1 (NDCA 2007) files its notices of related cases.

28       Both of the above captioned cases arose from a single investigation by the Internal

   Revenue Service and the Department of Commerce into the alleged illegal export of computer

1   components to Iran without the required license. The case against Super Micro Computers ("the

2   company") has already been concluded. The company pleaded guilty to an Information charging a

3   single violation of 50 U.S.C. § 1705(b), unlawfully exporting computer components listed on the

4   Commerce Control List to a customer in Iran.

5         Given the U.S. sanctions against Iran, it was difficult for the Company's customer to get

6   funds to Super Micro to pay for the computer components. That was what Mr. Mohammed

7   Mayssami, the defendant in the second case, allegedly did. He assisted Super Micro in getting

8   paid by its customer, via means that will be described for the court in the plea agreement and

9   perhaps the presentence report.

10         Accordingly, within the meaning of Crim. L.R. 8-1(b)(1), these two cases involve the

11   same "alleged events, transactions . . . [and] . . . property", and should be related.

12         In the opinion of the United States, here represented by Assistant United States Attorney

13   Gary G. Fry, assignment to a single judge is likely to conserve judicial resources and promote an

14   efficient determination of the action. The familiarity of the judge assigned to the earliest filed

15   case, the Honorable Ronald M. Whyte, with the facts of the earliest filed case, will prevent a

16   second judge from having to become familiar with the facts. It will also be convenient, and

17   promote a fair disposition, for both defendants to be sentenced by the same judge.

18

19   Date:                         Respectfully submitted,

20                                   SCOTT N. SCHOOLS
                                United States Attorney

21

22

23                                   GARY G. FRY
                                Assistant United States Attorney

24

25

26

27

28

USA's ...
[CR ]